Richard E. Schmidt et al., trading as Schmidt, Garden & Erikson, appellees, v. Eugene H. Huguelet et al., trading as Huguelet Brothers, appellants. Gen. No. 38,253.

 Opinion filed November 12, 1935. Rehearing denied November 26, 1935.

Frank T. Jordan, for appellants; Fay Warren Johnson and William S. Jameson, of counsel. Rosenthal, Hamill & Wormser, for appellees; Willard L. King and George W. Gale, of counsel.

. Mr. Justice O'Connor delivered the opinion of the court.

The Pyle-National Company, defendant in error, v. George Racky et al., plaintiff in error. Gen. No. 37,794.

 Opinion filed November 20, 1935.

Albert O. Olson, for plaintiff in error. Spencer & Bryan, for defendant in error; Howard B. Hauze and Charles F. Pattlock, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

John Cummings Lindop Real Estate, Inc., appellee, v. Berwyn Odd Fellows Temple Association, appellant. Gen. No. 37,832.

Opinion filed November 20, 1935.

Cheney, Evans & Peterson, for appellant; Albert Peterson, of counsel. Lindsay & Schachner, for appellee; Willard C. Lindsay, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

The People of the State of Illinois ex rel. Michael J. Mulvey et al., appellees, v. City of Chicago et al., appellants. Gen. No. 37,864.

 Opinion filed November 20, 1935. Rehearing denied December 4, 1935.

William H. Sexton, Corporation Counsel, for appellants; Quin O'Brien and Adam E. Patterson, Assistant Corporation Counsel, of counsel. William D. Johnson and Johan Waage, for appellees.

Mr. Presiding Justice Hall delivered the opinion of the court.